UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :  Civil Action No. 2:19-cv-04336-GRB-JO
                         Plaintiff,                             :
                                                                :
            vs.                                                 :
                                                                :
JOHN DOE subscriber assigned IP address                         :
148.74.72.35,                                                   :
                         Defendant.                             :
----------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 148.74.72.35. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 26, 2020

                                        Respectfully submitted,

By:   /s/ *Kevin T. Conway*
       Kevin T. Conway, Esq. (KC-3347)
       80 Red Schoolhouse Road, Suite 110
       Spring Valley, New York 10977-6201
       T: 845-352-0206
       F: 845-352-0481
       E-mail: ktcmalibu@gmail.com
       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Kevin T. Conway</i>